

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00098-CV

SAMUEL RENE MONTANA, Appellant

V.

MELISSA ANN MONTANA, Appellee

Appeal from the 247th Judicial District Court of Harris County. (Tr. Ct. No. 2012-47087).

**TO THE 247TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 2nd day of April, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the order signed by the trial court on August 29, 2014. After due consideration, the Court **grants** the appellant's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.
>
> The Court **orders** that costs be taxed against the appellant.
>
> The Court **orders** that this decision be certified below for observance.
>
> Judgment rendered April 2, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 5, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

